FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 2 6 2026

Kevin P. Weimer, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

INIQUE HINTON

Criminal Action No.
1:26-mj-1127

**Government's Motion for Detention**

The United States of America, by counsel, Theodore S. Hertzberg United States Attorney, and Dashene A. Cooper, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

monitoring or a third-party custodian would be insufficient.

The United States requests for a three-day continuance.

Dated: October 26, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney

DASHENE A. COOPER
Assistant United States Attorney
GA Bar 385738

Richard Russell Federal Building
75 Ted Turner Dr., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

## Certificate of Service

I served this document today by handing a copy to defense counsel:

**Ross Brockway**
Assistant Federal Defender
Federal Defender Program
101 Marietta Street NW, Suite. 1500
Atlanta, Georgia 30303

October 26, 2026

/s/DASHENE A. COOPER
DASHENE A. COOPER
Assistant United States Attorney